IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION
FILED
NOV 28 2017
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| RANDY BRYANT WICK,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA,<br><br>Defendant. | CV 17–96–H–DLC–JTJ<br><br>ORDER |

United States Magistrate Judge John T. Johnston entered his Findings and Recommendations in this case on October 27, 2017, recommending that Plaintiff Randy Bryant Wick's ("Wick") Complaint be dismissed because he has failed to name a proper Defendant, and his claims are barred by the *Rooker Feldman* doctrine and the doctrine in *Heck v. Humphrey*, 512 U.S. 477, 486–87 (1994). Wick failed to timely object to the Findings and Recommendations, and so waived the right to de novo review of the record. 28 U.S.C. § 636(b)(1). The Court will therefore review the record for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

After reviewing the record and finding no clear error,

IT IS ORDERED that Judge Johnston's Findings and Recommendations

-1-

(Doc. 4) are ADOPTED IN FULL. This matter is DISMISSED.

The Clerk of Court is directed to close this matter and enter judgment in favor of Defendant pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The Clerk of Court is directed to have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith. No reasonable person could suppose an appeal would have merit. The record makes plain the Complaint lacks arguable substance in law or fact.

DATED this 28th day of November, 2017.

Dana L. Christensen, Chief Judge
United States District Court